I concur in the portions of the main opinion affirming the summary judgment on Fisher's claims against Pugh (the appraiser) and reversing the summary judgment on Fisher's claim against Alabama Land Locators alleging breach of duty as an escrow agent. I concur in the result of the main opinion insofar as it affirms the summary judgment on Fisher's misrepresentation claims against the plantation owners and Speaks (the real-estate agent) and affirms the summary judgment on Fisher's claims against those parties based on their failure to call his attention to the error in the appraisal report. I also concur *Page 470 
to overrule Fisher's application for a rehearing.
I respectfully dissent, however, from the conclusion that Speaks's failure to disclose that Thomas, who was a part owner of the plantation, was also the owner of Alabama Land Locators amounted to an actionable fraudulent suppression. I also dissent from the overruling of the rehearing application filed jointly by Thomas and Alabama Land Locators.